## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CEDARWOOD ASSOCIATION, INC.                          CIVIL ACTION

VERSUS

SCOTTSDALE INSURANCE
COMPANY                                              NO. 23-01122-BAJ-SDJ

### RULING AND ORDER

On August 28, 2023, Defendant removed this case from the 21st Judicial District Court of Tangipahoa Parish, asserting this Court's diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1). Now before the Court is Defendant's **Consent Motion To Transfer Venue (Doc. 10)**, seeking an order transferring this action to the Eastern District of Louisiana, which, Defendant represents, is the proper venue pursuant to 28 U.S.C. §1441. The Motion is unopposed. 28 U.S.C. §1406(a) allows the "district court of a district in which is filed a case laying venue in the wrong division or district" to "transfer such case to any district of division in which it could have been brought."

Accordingly,

**IT IS ORDERED** that the Defendant's Consent Motion to Transfer Venue (Doc. 10) be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that this matter be and is hereby **TRANSFERRED** to the United States District Court for the Eastern District of

Louisiana.

Baton Rouge, Louisiana, this 9th day of January, 2024

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2