CLOSED,IDA

# U.S. District Court
# Middle District of Louisiana (Baton Rouge)
# CIVIL DOCKET FOR CASE #: 3:23–cv–01122–BAJ–SDJ

Cedarwood Association, Inc. v. Scottsdale Insurance Company
Assigned to: Judge Brian A. Jackson
Referred to: Magistrate Judge Scott D. Johnson
 Case in other court:  21st JDC, 23–02466
Cause: 28:1332 Diversity–Property Damage

Date Filed: 08/28/2023
Date Terminated: 01/09/2024
Jury Demand: Defendant
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Cedarwood Association, Inc.**                    represented by    **David W. Ardoin**
AMO Trial Lawyers, LLC
213–B East Bayou Road
70301
Thibodaux, LA 70301
985–446–3333
Fax: 985–446–3300
Email: david@amotriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preston L Hayes**
AMO Trial Lawyers
3850 N . Causeway Blvd.
Suite 590
Metairie, LA 70002
504–356–0110
Fax: 504–356–0112
Email: plh@amotriallawyers.com
*ATTORNEY TO BE NOTICED*

**Ryan P Monsour**
AMO Trial Lawyers
3850 N. Causeway Blvd.
Suite 590
Metairie, LA 70002
504–356–0110
Fax: 504–356–0112
Email: rpm@amotriallawyers.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Scottsdale Insurance Company**                    represented by    **John P. Wolff , III**
Keogh, Cox & Wilson, LTD
P. O. Box 1151
701 Main Street
Baton Rouge, LA 70821–1151

225−383−3796
Fax: 225−343−9612 FAX
Email: jwolff@keoghcox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cole Cisco Frazier**
Keogh, Cox & Wilson, Ltd.
701 Main St
Baton Rouge, LA 70802
225−383−3796
Email: cfrazier@keoghcox.com
*ATTORNEY TO BE NOTICED*

**Jennifer Rae Dietz**
Keogh, Cox & Wilson, Ltd.
701 Main Street
Baton Rouge, LA 70802
225−383−3796
Fax: 225−343−9612
Email: jdietz@keoghcox.com
*ATTORNEY TO BE NOTICED*

**Sydnee Menou**
Keogh, Cox & Wilson, Ltd.
701 Main Street
Baton Rouge, LA 70802
(225) 383−3796
Email: smenou@keoghcox.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2023 | Ï 1 | NOTICE OF REMOVAL from 21st JDC Tangipahoa Parish, Case Number 2023−2466. (Filing fee $ 402 receipt number ALAMDC−2627816), filed by Scottsdale Insurance Company. (Attachments: # 1 Civil Cover Sheet, # 2 Notice to Adverse Party, # 3 Notice of Compliance, # 4 Exhibit Exhibit A−Petition for Damages, # 5 Exhibit Exhibit B−Estimate)(Wolff, John) (Entered: 08/28/2023) |
| 08/29/2023 | Ï 2 | MOTION for Extension of Time to File Answer to 1 Notice of Removal, by Scottsdale Insurance Company (Attachments: # 1 Attachment Proposed Order)(Wolff, John) (Entered: 08/29/2023) |
| 08/29/2023 | Ï 3 | MOTION to Expedite *Consideration of Motion for Extension of Time to File Answer* by Scottsdale Insurance Company (Attachments: # 1 Attachment Proposed Order)(Wolff, John) (Entered: 08/29/2023) |
| 08/29/2023 | Ï 4 | Certificate of Interested Persons by Scottsdale Insurance Company identifying Affiliate/Interested Person Scottsdale Insurance Company, Affiliate/Interested Person Nationwide Insurance Company for Scottsdale Insurance Company.. (Wolff, John) (Entered: 08/29/2023) |
| 08/31/2023 | Ï 5 | Letter to Attorney David W. Ardoin regarding Hunter Austin who is Co−Counsel for party Cedarwood Association, Inc.. Attorney is not admitted to practice in LAMD. (EDC) (Entered: 08/31/2023) |
| 08/31/2023 | Ï | MOTION(S) REFERRED: 3 MOTION to Expedite *Consideration of Motion for Extension of Time to File Answer*, 2 MOTION for Extension of Time to File Answer to 1 Notice of Removal, . This |

| | | |
|---|---|---|
| | | motion is now pending before the USMJ. (EDC) (Entered: 08/31/2023) |
| 09/05/2023 | Ï 6 | ANSWER to Complaint with Jury Demand by Scottsdale Insurance Company.(Wolff, John) (Entered: 09/05/2023) |
| 09/20/2023 | Ï 7 | ORDER finding as moot 2 MOTION for Extension of Time to File Answer to 1 Notice of Removal, . An answer was filed on 9/5/2023 (R. Doc. 6). Signed by Magistrate Judge Scott D. Johnson on 9/20/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Johnson, Scott) (Entered: 09/20/2023) |
| 09/20/2023 | Ï 8 | ORDER finding as moot 3 Motion to Expedite. Signed by Magistrate Judge Scott D. Johnson on 9/20/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Johnson, Scott) (Entered: 09/20/2023) |
| 10/24/2023 | Ï 9 | SCHEDULING CONFERENCE ORDER: Telephone Scheduling Conference set for 1/4/2024 at 04:00 PM before Magistrate Judge Scott D. Johnson. Status Report due by 12/21/2023. Signed by Magistrate Judge Scott D. Johnson on 10/24/2023. (KAH) (Entered: 10/24/2023) |
| 12/18/2023 | Ï 10 | MOTION to Adopt 1 Notice of Removal, filed by Scottsdale Insurance Company , MOTION to Transfer Case to USDC Eastern District Court by Scottsdale Insurance Company (Attachments: # 1 Proposed Pleading; Proposed Memo, # 2 Proposed Pleading; Proposed Order)(Wolff, John) (Entered: 12/18/2023) |
| 12/27/2023 | Ï 11 | ORDER: The Telephone Scheduling Conference set for 1/4/2024, is RESET for 2/20/2024 at 01:30 PM before Magistrate Judge Scott D. Johnson. Status Report now due by 2/6/2024. Signed by Magistrate Judge Scott D. Johnson on 12/27/2023. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(KAH) (Entered: 12/27/2023) |
| 01/03/2024 | Ï 12 | ORDER: General Order 2023–12 allowed attorneys to file certain hurricane or storm–related lawsuits with an opportunity to conduct their Rule 11 investigation into the validity of those claims within a 120–day period after filing the action. As the post–filing investigatory period closes for most of those cases, the Court is receiving a number of motions seeking dismissal of these actions based on a few general grounds. The appropriate manner to deal with the listed scenarios can be found within the attached document. The Clerk of Court shall file the instant Order in each case referenced in Attachment A. Signed by Chief Judge Shelly D. Dick on 01/03/2024. (Litchfield, Michael) (Entered: 01/03/2024) |
| 01/09/2024 | Ï 13 | RULING AND ORDER: The 10 Consent Motion to Transfer Case is GRANTED, and this matter is hereby TRANSFERRED to the United States District Court for the Eastern District of Louisiana. Signed by Judge Brian A. Jackson on 1/9/2023. (LLH) (Entered: 01/09/2024) |
| 01/09/2024 | Ï 14 | GENERAL ORDER: All pleadings and other papers filed under seal in civil and criminal actions shall be maintained under seal for thirty days following final disposition of the action. After that time, all sealed pleadings and other papers shall be placed in the case record unless a District Judge or Magistrate Judge, upon motion and for good cause shown, orders that the pleading or other paper be maintained under seal.<br><br>The deadline for filing any motions regarding the unsealing of any document shall be within thirty days of the final disposition of any action and shall contain a concise statement of reasons for maintaining the pleading or other paper under seal.<br><br>ATTENTION: If a motion to retain documents under seal is NOT filed, all documents shall be placed in the public case record, unless specifically identified in the attached General Order<br><br>Signed by Chief Judge Shelly D. Dick on 7/8/2019. (LLH) (Entered: 01/09/2024) |

*Case #: 3:23−cv−01122−BAJ−SDJ*