UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CEDARWOOD ASSOCIATION, INC.          : C.A. NO. 2:24-CV-00086
                                                        :
VERSUS                                               : Judge Sarah S. Vance
                                                        :
SCOTTSDALE INSURANCE COMPANY        : Magistrate Judge Karen Wells Roby
**********************************************************************************

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, CEDARWOOD ASSOCIATION, INC., and Defendant, Scottsdale Insurance Company, and respectfully requests all claims in this case be dismissed in their entirety, with prejudice, with each party to bear its own costs.

1.

The parties have resolved all claims between them, leaving no further claims in this matter.

2.

Plaintiff and Defendant desire that the claims in this lawsuit be dismissed in their entirety, with prejudice, with each party to bear its own costs.

WHEREFORE, Plaintiff, CEDARWOOD ASSOCIATION, INC., and Defendant, Scottsdale Insurance Company, pray that all claims in this case be dismissed in their entirety, with prejudice, with each party to bear its own costs.

1

RESPECTFULLY SUBMITTED,

BY: _____*/s/* Ryan P. Monsour_____
David W. Ardoin (#24282)
Preston L. Hayes (#29898)
Ryan P. Monsour (#33286)
Hunter D. Austin (#40261)
**AMO Trial Lawyers, LLC**
3850 Causeway Blvd., Suite 590
Metairie, LA  70002
Telephone:  (504) 356-0110
Facsimile:  (504) 356-0112
Email: kala@amotriallawyers.com
        plh@amotriallawyers.com
        rpm@amotriallawyers.com
        hda@amotriallawyers.com
***Counsel for Cedarwood Association,
Inc.***


BY: _____*/s/* John P. Wolff, III_____
JOHN P. WOLFF, III (#14504)
JENNIFER R. DIETZ (#33804)
SYDNEE D. MENOU (#35913)
**KEOGH, COX & WILSON, LTD.**
P. O. Box 1151
Baton Rouge, LA 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
Email: jwolff@keoghcox.com
        jdietz@keoghcox.com
        smenou@keoghcox.com
***Counsel for Scottsdale Insurance
Company***

2