UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CEDARWOOD ASSOCIATION, INC.  : C.A. NO. 2:24-CV-00086
  :
VERSUS          : Judge Sarah S. Vance
  :
SCOTTSDALE INSURANCE COMPANY  : Magistrate Judge Karen Wells Roby
*******************************************************************

## ORDER

The foregoing Joint Motion to Dismiss with Prejudice having been considered:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion be GRANTED and that this lawsuit be DISMISSED in its entirety, with prejudice, with each party to bear its own costs.

Signed this __5th__ day of _____February_____, 2024, at New Orleans, Louisiana.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA

1